IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, for the use of MIDSOUTH PAVING, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:22cv314-MHT (WO) |
| PROVISION CONTRACTING SERVICES, LLC, as Obligor, et al., | ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of the motions for dismissal (Doc. 26 and Doc. 27), it is it is ORDERED that:

(1) The motions are granted.

(2) Plaintiff Midsouth Paving, Inc.'s claim against defendant United States Fire Insurance Company (Count IV of the complaint (Doc. 1) is dismissed with prejudice, with each party to bear its own costs.

(3) Counterclaim plaintiff United States Fire Insurance Company's counterclaim against counterclaim defendant Midsouth Paving, Inc. is dismissed with

prejudice, with each party to bear its own costs.

(4) United States Fire Insurance Company is terminated as a party to this proceeding.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 8th day of February, 2023.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**