IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use of MIDSOUTH PAVING, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROVISION CONTRACTING SERVICES, LLC, as Obligor, and NICHOLAS DOWDELL, as Guarantor, )<br>)<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:22cv314-MHT<br>(WO) |

**DEFAULT JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion for default judgment (Doc 32) is granted.

(3) Default judgment is entered in favor of plaintiff United States of America for the use of Midsouth Paving, Inc. and against defendant Provision

Contracting Services, LLC, in the amount of $ 406,431.78.

It is further ORDERED that costs are taxed against defendant Provision Contracting Services, LLC, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and remains pending against defendant Nicholas Dowdell.

DONE, this the 2nd day of January, 2024.

                               /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**