IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, for the use of MIDSOUTH PAVING, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:22cv314-MHT (WO) |
| PROVISION CONTRACTING SERVICES, LLC, as Obligor, and NICHOLAS DOWDELL, as Guarantor, | ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion for summary judgment (Doc 43) is granted.

(2) Judgment is entered in favor of plaintiff United States of America for the use of Midsouth Paving, Inc. and against defendant Nicholas Dowdell, in the amount of $ 406,431.78.  The debt is owed jointly

and severally with defendant Provision Contracting Services, LLC.

It is further ORDERED that costs are taxed against defendant Dowdell, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of September, 2024.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**